■ BLACK CAR ASSISTANCE CORPORATION, Doing Business as BLACK CAR & LIMOUSINE ASSISTANCE GROUP, et al., Appellants, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents. [993 NYS2d 523]—Appeal from an order of the Supreme Court (McDonough, J.), entered December 20, 2012 in Albany County, which denied plaintiffs' motion for partial summary judgment.

Order affirmed, upon the opinion of Justice Roger D. McDonough.

Peters, P.J., Lahtinen, Garry, Rose and Devine, JJ., concur. Ordered that the order is affirmed, without costs.